TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00013-CR

Sidney Earl Parker, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL

DISTRICT

NO. 94-036-K277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

PER CURIAM

Appellant pleaded no contest to an indictment accusing him of attempted murder. After
finding that the evidence substantiated appellant's guilt, the district court deferred further proceedings and
placed him on community supervision. Later, after a hearing on the State's motion, the court revoked
supervision, adjudicated appellant guilty, and assessed punishment at imprisonment for twenty years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. Appellant wrote a letter to this Court that we have considered as a pro
se brief.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Appellant urges that he acted in self-defense, and that he pleaded no contest out of
ignorance arising from ineffective assistance of counsel. There is no support in the record for this claim.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: December 4, 1997

Do Not Publish